```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 05127
    JEFFREY BROWN
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-8466

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/22/2007 and was confirmed 08/06/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 04/14/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
SELECT PORTFOLIO SERVICI  CURRENT MORTG         .00             .00              .00
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE         .00             .00              .00
AMERICAN GENERAL FINANCE  UNSECURED       NOT FILED             .00              .00
ASPIRE VISA               UNSECURED       NOT FILED             .00              .00
CAPITAL ONE               UNSECURED         1762.70             .00           137.63
COMMONWEALTH EDISON       UNSECURED       NOT FILED             .00              .00
CREDIT ONE BANK           UNSECURED       NOT FILED             .00              .00
ROUNDUP FUNDING LLC       UNSECURED         1245.44             .00            97.24
GEMB QVC                  UNSECURED       NOT FILED             .00              .00
T-MOBILE USA              UNSECURED         1127.74             .00            88.05
ROUNDUP FUNDING LLC       UNSECURED          922.71             .00            72.04
SELECT PORTFOLIO SERVICI  CURRENT MORTG         .00             .00              .00
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE         .00             .00              .00
SELECT PORTFOLIO SERVICI  NOTICE ONLY     NOT FILED             .00              .00
ECAST SETTLEMENT CORP     UNSECURED          945.91             .00            73.86
B-REAL LLC                UNSECURED         3033.25             .00           236.84
B-REAL LLC                UNSECURED          972.87             .00            75.96
ECAST SETTLEMENT CORP     UNSECURED         2359.85             .00           184.26
AMERICAN EXPRESS TRAVEL   UNSECURED         1327.82             .00           103.68
ECAST SETTLEMENT CORP     NOTICE ONLY     NOT FILED             .00              .00
LEGAL REMEDIES CHARTERED  DEBTOR ATTY      1,500.00                         1,500.00
TOM VAUGHN                TRUSTEE                                             190.42
DEBTOR REFUND             REFUND                                            1,104.02

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   3,864.00

PRIORITY                                            .00
SECURED                                             .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 05127 JEFFREY BROWN
```

```
UNSECURED                                                      1,069.56
ADMINISTRATIVE                                                 1,500.00
TRUSTEE COMPENSATION                                             190.42
DEBTOR REFUND                                                  1,104.02
                                      ---------------    ---------------
TOTALS                                      3,864.00           3,864.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 07/22/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                        PAGE   2
        CASE NO. 07 B 05127 JEFFREY BROWN